UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                         Case No. 1:19-MJ-228

v.                                                    Hon. Ray Kent

JOE LEE JONES,

    Defendant.
_____/

**ORDER OF DETENTION**

Defendant appeared this date for a bond hearing. The Court finds under 18 U.S.C. 3142(f)(2) that there is a serious risk that defendant will flee based upon his minimal criminal record, the fact that the longest sentence defendant ever received was sixty days and that, if convicted on the charges in this case, defendant will be sentenced to a minimum of fifteen years in prison, as well as his history of mental illness.

Accordingly, pending trial in this matter, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with his defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED**.

Dated:    July 25, 2019                               /s/ Ray Kent
                                                                 RAY KENT
                                                                 United States Magistrate Judge